AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

RONALD WAYNE BEALL,

      Plaintiff,               JUDGMENT IN A CIVIL CASE

V.

                                    CASE NUMBER: **3:06-cv-00608-JCM-RAM**

STATE OF NEVADA, et al.,

      Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED.


   February 22, 2008                                    **LANCE S. WILSON**
                                                                        Clerk


                                                                    /s/ Kalani Lizares
                                                                       Deputy Clerk